FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA 2005 OCT 26 P 3: 46

CLERK, US DIST. COURT
E_____
                    CALIF

BY_____

FIDEL MARTINEZ SANTIAGO,

**ORDER RE: CERTIFICATE OF APPEALABILITY**

vs.

CV-F-02-5348 OWW/WMW HC

JOE MC GRATH, Warden,

_____/

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____   Granted for the following reason:

_____
_____
_____
_____

__X__   Denied for the following reason:
NO SHOWING STATE OR LOCAL LAW
ENFORCEMENT HAD ANY ROLE IN CAUSING
A WITNESS TO LEAVE THE U.S. SUBSTANTIAL
EVIDENCE SUPPORTS 2O DEGREE MURDER AND
ATTEMPTED MURDER CONVICTION.

Dated: 10-25-05

_____
OLIVER W. WANGER
United States District Judge