IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDEL MARTINEZ-SANTIAGO,<br><br>    Petitioner,<br><br>  vs.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent.<br>_____/ | 1:02-CV-5348 OWW WMW HC<br><br><br><br>ORDER DISREGARDING MOTION<br>(Document #50) |

Petitioner is a federal prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254. On October 18, 2005, petitioner filed a motion for appointment of counsel on appeal. Inasmuch as petitioner's petition was dismissed by this court on September 27, 2005, and petitioner filed an appeal to the Court of Appeals for the Ninth Circuit on October 18, 2005, the motion is more properly brought before the Court of Appeals. Accordingly, IT IS HEREBY ORDERED that petitioner's motion for appointment of counsel is DISREGARDED by this court. IT IS SO ORDERED.

**Dated:  November 16, 2005**        /s/  **William M. Wunderlich**
bl0dc4                               UNITED STATES MAGISTRATE JUDGE